

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

| | |
|---|---|
| Mario Ramirez, Appellant<br><br>No. 06-21-00107-CR     v.<br><br>The State of Texas, Appellee | Appeal from the 276th District Court of Titus County, Texas (Tr. Ct. No. CR20559). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Morriss and Justice Stevens participating. |

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Mario Ramirez, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 7, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk